# Exhibit 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DEBORAH ROBERSON,<br><br>Plaintiff,<br><br>v.<br><br>HELP AT HOME, LLC,<br><br>Defendant. | Case No. 1:22-cv-299 |

## DECLARATION OF MICHAEL J. ROMAN

I, Michael J. Roman do declare under oath as follows:

1. I am over the age of 18 and competent to testify. I am an associate attorney at Lewis Brisbois Bisgaard & Smith LLP, counsel for Help at Home LLC ("Help at Home") in this action. I make the statements herein from personal knowledge and would testify consistently to them if called to testify before the Court.

2. Attached as **Exhibit A** is a true and accurate copy of the process, pleadings, and papers served upon Help at Home in this action.

3. Attached as **Exhibit B** is a true and accurate copy of the docket report from the Clerk of the Circuit Court of Cook County for the matter styled *Deborah Roberson v. Help at Home, LLC*, No. 2021-L-012568, as of January 18, 2022. All filings in this matter are included in **Exhibit A** hereto.

4. I have reviewed the process and pleadings contained in **Exhibits A & B** hereto, and also have familiarity with them through discussions with representatives of Help at

1

Home. Based on my review and those conversations, Help at Home was served with a copy of the Summons and Complaint in this matter on December 20, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of January, 2022 in Cook County, Illinois.

_____
Michael J. Roman



# Notice of Service of Process

null / ALL
Transmittal Number: 24235271
Date Processed: 12/22/2021

| | |
|---|---|
| **Primary Contact:** | Ginger Leaven<br>Help At Home, Inc.<br>33 S State St<br>Fl 5<br>Chicago, IL 60603-2804 |
| **Electronic copy provided to:** | Joseph Bonaccorsi<br>Doreen Wiman<br>Amy Inlander<br>Sharon Nowakowski |

| | |
|---|---|
| **Entity:** | Help at Home, LLC<br>Entity ID Number 3131095 |
| **Entity Served:** | Help At Home, LLC |
| **Title of Action:** | Deborah Roberson vs. Help At Home, LLC |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Discrimination |
| **Court/Agency:** | Cook County Circuit Court, IL |
| **Case/Reference No:** | 2021L012568 |
| **Jurisdiction Served:** | Illinois |
| **Date Served on CSC:** | 12/20/2021 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Law Office Of Julie O. Herrera<br>312-479-3014 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

ROMAN DEC.
EXHIBIT A

Hearing Date: 2/16/2022 9:30 AM    Location: Court Room 2208    Judge: Trevino, Daniel A

| 2120 - Served | 2121 - Served |
|---|---|
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |

Summons - Alias Summons    (06/28/18) CCG 0001

FILED
12/16/2021 4:49 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L012568
Calendar, R
15986263

FILED DATE: 12/16/2021 4:49 PM    2021L012568

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Deborah Roberson

v.

Help at Home, LLC

(Name all parties)    Case No. 2021L012568

☑ SUMMONS    ☐ ALIAS SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee **within thirty (30) days after service of this Summons**, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.

**If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.**

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

Witness: _____

12/16/2021 4:49 PM IRIS Y. MARTINEZ

IRIS Y. MARTINEZ, Clerk of Court

Atty. No.: 49918
Atty Name: Julie Herrera
Atty. for: Plaintiff
Address: 159 N. Sangamon St., Ste 200
City: Chicago    State: IL
Zip: 60607
Telephone: 312-479-3014
Primary Email: jherrera@julieherreralaw.com
Secondary Email: _____
Tertiary Email: _____

Date of Service: DEC 2 0 2021
(To be inserted by officer on copy left with Defendant or other person):

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois    cookcountyclerkofcourt.org**

Page 1 of 2

ROMAN DEC.
EXHIBIT A

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

- Richard J Daley Center
  50 W Washington
  Chicago, IL 60602
- District 2 - Skokie
  5600 Old Orchard Rd
  Skokie, IL 60077
- District 3 - Rolling Meadows
  2121 Euclid
  Rolling Meadows, IL 60008
- District 4 - Maywood
  1500 Maybrook Ave
  Maywood, IL 60153
- District 5 - Bridgeview
  10220 S 76th Ave
  Bridgeview, IL 60455
- District 6 - Markham
  16501 S Kedzie Pkwy
  Markham, IL 60428
- Domestic Violence Court
  555 W Harrison
  Chicago, IL 60607
- Juvenile Center Building
  2245 W Ogden Ave, Rm 13
  Chicago, IL 60602
- Criminal Court Building
  2650 S California Ave, Rm 526
  Chicago, IL 60608

### Daley Center Divisions/Departments

- Civil Division
  Richard J Daley Center
  50 W Washington, Rm 601
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm
- Chancery Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm
- Domestic Relations Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm
- Civil Appeals
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm
- Criminal Department
  Richard J Daley Center
  50 W Washington, Rm 1006
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm
- County Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm
- Probate Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm
- Law Division
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm
- Traffic Division
  Richard J Daley Center
  50 W Washington, Lower Level
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**   cookcountyclerkofcourt.org

FILED DATE: 12/16/2021 4:49 PM 2021L012568

ROMAN DEC.
EXHIBIT A

**Civil Action Cover Sheet - Case Initiation** (12/01/20) CCL 0520

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

DEBORAH ROBERSON

v.

HELP AT HOME, LLC

No. _____

FILED
12/16/2021 4:49 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L012568
Calendar, R
15986263

FILED DATE: 12/16/2021 4:49 PM  2021L012568

### CIVIL ACTION COVER SHEET - CASE INITIATION

A Civil Action Cover Sheet - Case Initiation shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box in front of the appropriate case type which best characterizes your action. Only one (1) case type may be checked with this cover sheet.

Jury Demand ☒ Yes ☐ No

2021L012568

(FILE STAMP)

**PERSONAL INJURY/WRONGFUL DEATH**
CASE TYPES:
- ☐ 027 Motor Vehicle
- ☐ 040 Medical Malpractice
- ☐ 047 Asbestos
- ☐ 048 Dram Shop
- ☐ 049 Product Liability
- ☐ 051 Construction Injuries
  (including Structural Work Act, Road Construction Injuries Act and negligence)
- ☐ 052 Railroad/FELA
- ☐ 053 Pediatric Lead Exposure
- ☐ 061 Other Personal Injury/Wrongful Death
- ☐ 063 Intentional Tort
- ☒ 064 Miscellaneous Statutory Action
  (Please Specify Below**)
- ☐ 065 Premises Liability
- ☐ 078 Fen-phen/Redux Litigation
- ☐ 199 Silicone Implant

**TAX & MISCELLANEOUS REMEDIES**
CASE TYPES:
- ☐ 007 Confessions of Judgment
- ☐ 008 Replevin
- ☐ 009 Tax
- ☐ 015 Condemnation
- ☐ 017 Detinue
- ☐ 029 Unemployment Compensation
- ☐ 031 Foreign Transcript
- ☐ 036 Administrative Review Action
- ☐ 085 Petition to Register Foreign Judgment
- ☐ 099 All Other Extraordinary Remedies

By: Julie O. Herrera
    (Attorney)     (Pro Se)

**COMMERCIAL LITIGATION**
CASE TYPES:
- ☐ 002 Breach of Contract
- ☐ 070 Professional Malpractice
  (other than legal or medical)
- ☐ 071 Fraud (other than legal or medical)
- ☐ 072 Consumer Fraud
- ☐ 073 Breach of Warranty
- ☐ 074 Statutory Action
  (Please specify below.**)
- ☐ 075 Other Commercial Litigation
  (Please specify below.**)
- ☐ 076 Retaliatory Discharge

**OTHER ACTIONS**
CASE TYPES:
- ☐ 062 Property Damage
- ☐ 066 Legal Malpractice
- ☐ 077 Libel/Slander
- ☐ 079 Petition for Qualified Orders
- ☐ 084 Petition to Issue Subpoena
- ☐ 100 Petition for Discovery

** Illinois Human Rights

Primary Email: jherrera@julieherreralaw.com

Secondary Email: _____

Tertiary Email: _____

**Pro Se Only:** ☐ I have read and agree to the terms of the *Clerk's Office Electronic Notice Policy* and choose to opt in to electronic notice form the **Clerk's Office** for this case at this email address: _____

**IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Page 1 of 1

ROMAN DEC.
EXHIBIT A

Hearing Date: 2/16/2022 9:30 AM
Location: Court Room 2208
Judge: Trevino, Daniel A

**12-Person Jury**

FILED
12/16/2021 4:49 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L012568
Calendar, R
15986263

Atty No. 49918

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| Deborah Roberson, ) | |
| ) | |
| Plaintiff, ) | Case No. |
| ) | **2021L012568** |
| v. ) | |
| ) | |
| Help at Home, LLC, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

NOW COMES Plaintiff, Deborah Roberson, by and through her attorneys, and complains against the Defendant, Help at Home, LLC, as follows:

### Parties

1. Deborah Roberson is a former employee of Help at Home, LLC.
2. Deborah worked as a Homecare Aide for the company.
3. Help at Home, LLC provides in-home, community-based care in 13 states and 169 locations.
4. Help at Home, LLC has 30,000 employees and 67,000 clients.
5. Deborah worked for Help at Home from their "Chatham" location, at 806 E. 78th Street in Chicago.

### Facts

6. In late October 2020, Deborah started working for Help at Home, LLC.
7. On March 19, 2021, Deborah was assigned to start working in a new home.
8. The home had several men living there.
9. When she was assigned to the new home, a Field Supervisor named Keith told her "good luck."
10. Keith knew the home was not a safe place.

1

ROMAN DEC.
EXHIBIT A

11. From Deborah's second day at the home through her last day there (April 30, 2021), a male resident of the home named Kenneth Cook sexually harassed her, verbally and physically.

12. Cook's harassment was severe (as described below).

13. Cook's harassment was pervasive:[1] it happened every day or almost every day.

14. Cook's verbal harassment included (but was not limited to) comments like "you don't have to do any work, just lay in the bed," calling Deborah a "b---h," and verbalizing fantasies about raping women.

15. Cook's physical harassment (before April 30, 2021) included (but was not limited to) grabbing her hand and trying to kiss her.

16. Deborah reported all of Cook's harassment and threatening behaviors to her immediate supervisor, Kristel Juarez.

17. When Kristel failed to act, Deborah reported the harassment to Kristel's supervisor.

18. No one from Help at Home did anything to stop the harassment.

19. On April 30, 2021, Kenneth Cook attacked Deborah:

   a. He locked the door behind her while she was mopping, put his arms around her and forcefully touched her breast.
   b. She ran from him, but he found her and forced his hand between her legs.
   c. She got away from him, but he pursued her.
   d. He cocked back to punch her (but his brother intervened to stop him).
   e. During the physical attack, he repeated to her comments such as: "B---h you work for me…I'm your boss, b---h… You listen to what I tell you.. B---h I will f—k you.. B---h you listen to me."
   f. Deborah was able to escape out of the home through the back door, flee to her car, and call 911.
   g. Deborah called Kristel after calling 911.
   h. Kristel laughed at her.
   i. The police came, and Cook was charged with battery.
   j. The criminal case against Cook is pending.

20. Deborah could not continue working for Help at Home after what happened. (She tried to work at a new home but had flashbacks and had to quit.)

---

[1] Title VII caselaw requires that the harassment be severe or pervasive, not both.

2

FILED DATE: 12/16/2021 4:49 PM 2021L012568

21. As a result of Help at Home's action and inaction, Deborah has lost income and has suffered financially.

22. As a result of Help at Home's action and inaction, Deborah has suffered severe emotional distress.

### Count 1: Illinois Human Rights Act

23. Plaintiff re-alleges paragraphs 1-22 as if re-typed here.

24. While working for Help at Home, Deborah was made to endure unwelcome sexual advances, requests for sexual favors, and other conduct of a sexual nature, as detailed in the Facts section above.

25. Deborah's submission to such conduct was made implicitly a term or condition of her employment.

26. Deborah's submission to or rejection of the sexual conduct was used as the basis for employment decisions affecting her.

27. The sexual conduct substantially interfered with her work performance.

28. The sexual conduct created an intimidating, hostile or offensive working environment.

29. Help at Home was aware of the conduct (because Deborah reported it all).

30. Help at Home failed to take reasonable corrective measures to prevent the harassment from recurring.

31. As a result, Help at Home violated the Illinois Human Rights Act.

32. As a result of Defendant's violations of the Illinois Human Rights Act, Deborah was harmed.

33. Help at Home committed willful and wanton misconduct. Accordingly, punitive damages should be awarded against the company to punish it—and to deter the company and others like it from committing similar violations of the Illinois Human Rights Act.

34. Plaintiff exhausted her administrative remedies under the Illinois Human Rights Act: she filed a Charge of Discrimination at the IDHR; the IDHR issued a right-to-sue on October 29, 2021; and she is filing this lawsuit within 95 days of October 29, 2021.

WHEREFORE, Plaintiff requests that Defendant be found liable, that judgment be entered against the Defendant, and that Plaintiff be awarded all damages to which she is entitled, including

ROMAN DEC.
EXHIBIT A

but not limited to actual damages (including for emotional distress), backpay, fringe benefits, punitive damages, attorney's fees, and costs.

### Count 2: Title VII

35. Plaintiff re-alleges paragraphs 1-22 as if re-typed here.

36. Deborah was subject to unwelcome harassment at work, as detailed in the Facts section above.

37. The harassment was based on her sex.

38. The harassment was sufficiently severe or pervasive so as to alter the conditions of her employment and create a hostile or abusive atmosphere.

39. There is a basis for employer liability because:

   i. Deborah reported everything that happened to her at the home to Help at Home; and

   ii. Help at Home failed to take prompt and appropriate corrective action to prevent the harassment from recurring.

40. As a result, Help at Home violated Title VII.

41. As a result of Defendant's violations of Title VII, Deborah was harmed.

42. Help at Home acted with malice or with reckless indifference to Deborah's federally protected rights. Accordingly, punitive damages should be awarded against the company to punish it—and to deter the company and others like it from committing similar violations of Title VII.

43. Plaintiff exhausted her administrative remedies under Title VII: her IDHR charge was cross-filed with the EEOC; she received the right-to-sue from the EEOC on or around November 26, 2021; and she is filing this lawsuit within 90 days thereof.

WHEREFORE, Plaintiff requests that Defendant be found liable, that judgment be entered against the Defendant, and that Plaintiff be awarded all damages to which she is entitled, including but not limited to compensatory damages (including for emotional distress), backpay, fringe benefits, punitive damages, attorney's fees, and costs.

ROMAN DEC.
EXHIBIT A

<u>Count 3: Illinois Gender Violence Act.</u>

44. Plaintiff re-alleges paragraphs 1-22 as if re-typed here.

45. Deborah was subjected to gender-related violence by Kenneth Cook, as detailed in the Facts section above.

46. Help at Home personally encouraged or assisted Cook's acts of gender-related violence.

47. As a result, Help at Home violated the Illinois Gender Violence Act.

48. As a result of Defendant's violations of the Illinois Gender Violence Act, Deborah was harmed.

49. Punitive damages should be awarded against the company to punish it—and to deter the company and others like it from committing similar violations of Illinois Gender Violence Act.

WHEREFORE, Plaintiff requests that Defendant be found liable, that judgment be entered against the Defendant, and that Plaintiff be awarded all damages to which she is entitled, including but not limited to actual damages, damages for emotional distress, punitive damages, attorney's fees and costs.

**PLAINTIFF REQUESTS TRIAL BY JURY**

Respectfully submitted by:

<u>/s/ Julie Herrera</u>
Law Office of Julie O. Herrera
159 N. Sangamon St., Ste. 200
Chicago, IL 60607
Phone: 312-479-3014
Fax: 708-843-5802
<u>jherrera@julieherreralaw.com</u>

Date: 12/16/21

5

ROMAN DEC.
EXHIBIT A

FILED
12/16/2021 4:49 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L012568
Calendar, R

FILED DATE: 12/16/2021 4:49 PM  2021L012568

Atty No. 49918

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| Deborah Roberson, | )<br>) |
| Plaintiff, | ) Case No.<br>) |
| v. | )<br>) 2021L012568 |
| Help at Home, LLC, | )<br>) |
| Defendant. | )<br>) |

### RULE 222(b) AFFIDAVIT

Pursuant to IL Supreme Court Rule 222(b), counsel for the above-named Plaintiff certifies that Plaintiff seeks money damages in excess of fifty-thousand dollars ($50,000).

Respectfully submitted by:

/s/ Julie Herrera
Law Office of Julie O. Herrera
159 N. Sangamon St., Ste. 200
Chicago, IL 60607
Phone: 312-479-3014
Fax: 708-843-5802
jherrera@julieherreralaw.com

Date: 12/16/21

6

ROMAN DEC.
EXHIBIT A

District 1

# Case Summary

Case No. 2021L012568

| | | | |
|---|---|---|---|
| **Deborah Roberson -vs- Help at Home, LLC** | § | Location: | **District 1** |
| | § | Judicial Officer: | **Calendar, R** |
| | § | Filed on: | **12/16/2021** |
| | § | Cook County Attorney Number: | **49918** |

## Case Information

| | | |
|---|---|---|
| | Case Type: | Miscellaneous Statutory Action - Jury |
| | Case Status: | **12/16/2021** Pending |

## Assignment Information

**Current Case Assignment**
Case Number    2021L012568
Court          District 1
Date Assigned  12/16/2021
Judicial Officer  Calendar, R

## Party Information

Could not load data: 500 Server Error

## Events and Orders of the Court

02/16/2022    **First Time Case Management**   (9:30 AM)   (Judicial Officer: Trevino, Daniel A)
              Resource: Location L2208 Court Room 2208
              Resource: Location D1 Richard J Daley Center

12/16/2021    New Case Filing

12/16/2021    📄
              Summons Issued And Returnable
                *Summons to Defendant - Help at Home LLC*

12/16/2021    📄
              Miscellaneous Statutory Action Complaint Filed (Jury Demand)
                *Complaint*

12/16/2021    📄
              Certificate Filed
                *Civil Cover Sheet*

ROMAN DEC.
EXHIBIT B